09-CV-00397-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MUKESH SINGH, | NO. C09-397-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| ERIC H. HOLDER, Attorney General of the United States, *et al.*, | |
| Respondents. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, (the Petitioner's Objections (Dkt 40)), and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. No. 12) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 5th day of May, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1